**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**EASTERN DISTRICT OF TEXAS**

Case number (if known): _____   Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**  
   EYM PIZZA OF ILLINOIS, LLC

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  
   8 1 – 2 4 1 5 1 4 8

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | 4925 N OCONNOR BLVD | |
   | Number   Street | Number   Street |
   | STE 200 | |
   | | P.O. Box |
   | IRVING   TX   75062 | |
   | City   State   ZIP Code | City   State   ZIP Code |
   | Dallas | **Location of principal assets, if different from principal place of business** |
   | County | |
   | | Number   Street |
   | | City   State   ZIP Code |

5. **Debtor's website (URL)**  _____

6. **Type of debtor**  
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

Debtor **EYM PIZZA OF ILLINOIS, LLC** _____ Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. Check all that apply:

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

Check one:

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11.   Check all that apply:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

Debtor **EYM PIZZA OF ILLINOIS, LLC** _____ Case number (if known) _____

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____  When _____ (MM/DD/YYYY)  Case number _____
　　　　District _____  When _____ (MM/DD/YYYY)  Case number _____
　　　　District _____  When _____ (MM/DD/YYYY)  Case number _____

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☑ Yes.  Debtor  EYM PIZZA, L.P.　　Relationship  Affiliate
　　　　District  Eastern　　When  07/22/2024 (MM/DD/YYYY)
　　　　Case number, if known  24-41669

　　　　Debtor _____　　Relationship _____
　　　　District _____　　When _____ (MM/DD/YYYY)
　　　　Case number, if known _____

**11.** **Why is the case filed in _this district_?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

　**Why does the property need immediate attention?**  _(Check all that apply.)_

　☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　　What is the hazard? _____

　☐ It needs to be physically secured or protected from the weather.

　☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

　☐ Other _____

　**Where is the property?**  _____
　　Number   Street
　　_____
　　_____  _____  _____
　　City     State   ZIP Code

　**Is the property insured?**
　☐ No
　☐ Yes.  Insurance agency  _____
　　　　Contact name  _____
　　　　Phone  _____

Official Form 201　　**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　page 3

Debtor **EYM PIZZA OF ILLINOIS, LLC** _____   Case number (if known) _____

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*
- [x] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

- [ ] 1-49
- [x] 50-99
- [ ] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [ ] 5,001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] More than 100,000

**15. Estimated assets**

- [x] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [ ] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

**16. Estimated liabilities**

- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [x] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **07/22/2024**
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

**EDUARDO E DIAZ**
Printed name

**MANAGER**
Title

Debtor **EYM PIZZA OF ILLINOIS, LLC** _____   Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| **18. Signature of attorney** | X **/s/ Howard Marc Spector** | | Date | **07/22/2024** |
| | Signature of attorney for debtor | | | MM / DD / YYYY |

**Howard Marc Spector**
Printed name

**Spector & Cox, PLLC**
Firm name

**12770 Coit Rd**
Number       Street

**Suite 850**

**Dallas**                                **TX**          **75206**
City                                      State         ZIP Code

**(214) 365-5377**                        **hms7@cornell.edu**
Contact phone                             Email address

**00785023**                              **TX**
Bar number                                State

**Fill in this information to identify the case:**

Debtor name: **EYM PIZZA OF ILLINOIS, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Internal Revenue Service Special Procedures Staff Mail Code 5020-DAL 1100 Commerce Street Dallas, Texas 75242 | | Taxes | | | | $1,654,077.53 |
| 2 | Pizza Hut, LLC 7100 Corporate Drive Plano, Texas 75024 | | Franchisor | | | | $820,440.04 |
| 3 | McLane 2085 Midway Rd Carrolton, TX 75006 | | | | | | $216,136.31 |
| 4 | DoorDash Inc. 202 2nd St. Suite Tower 800 San Francisco, CA 94107 | | A/P | | | | $82,818.58 |
| 5 | Pepsi P 0. BOX 75948 CHICAGO, IL 60675 | | | | | | $25,230.72 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

| Debtor | EYM PIZZA OF ILLINOIS, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | Four Corners Operating Partnership, LP<br>591 Redwood Hwy<br>Ste 3215<br>Mill Valley, CA 94941 | | | | | | $16,304.17 |
| 7 | Comcast Business<br>P.O. Box 37601<br>Philadelphia, PA 19101 | | | | | | $15,268.04 |
| 8 | MJ1 Realty LLC<br>3 Battista Ct.<br>Sayreville, NJ 08872 | | | | | | $9,121.08 |
| 9 | Grundy County Collector<br>111 E Washington St<br>Morris, IL 60450 | | | | | | $6,936.95 |
| 10 | Irving Bar Living Trust<br>P.O. Box 4605<br>Chicago, IL -4605 | | | | | | $5,886.69 |
| 11 | 5836 Harlem LLC<br>1400 Brooke Dr<br>Downers Grove, IL 60440 | | | | | | $5,674.27 |
| 12 | Parkway Bank & Trust<br>701 E. 22nd ST. Suite 430<br>Lombard, IL 60148 | | | | | | $5,624.21 |
| 13 | Peak Properties<br>2815 W. Roscoe St.<br>Chicago, IL 60618 | | | | | | $5,568.89 |

Official Form 204  **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**  page 2

| Debtor | EYM PIZZA OF ILLINOIS, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | Diversified Mechanical Inc. 329 N. Western Peoria, IL 61604 | | | | | | $4,712.72 |
| 15 | Ecolab P.O BOX 70343 Chicago, IL 60673 | | | | | | $4,457.94 |
| 16 | Chody Real Estate Corp. 401 N. Michigan Ave Suite 2400 Chicago, Il 60611 | | | | | | $4,453.00 |
| 17 | EP Downtown, LLC 420 N Main Street East Peoria, IL 61611 | | | | | | $4,419.61 |
| 18 | Crestwood Commons LLC 9440 Enterprise Drive Mokena, IL 60448 | | | | | | $4,389.10 |
| 19 | Flosscom Hickory LLC PO BOX 190 Palos Park, IL 60464 | | | | | | $4,241.34 |
| 20 | Verros Berkshire, PC 1S660 Midwest Road Suite 300 Oakbrook Terrace, IL 60181 | | | | | | $4,186.14 |

**Fill in this information to identify the case and this filing:**

Debtor Name: **EYM PIZZA OF ILLINOIS, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number (if known): _____

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- ☐ Amended Schedule _____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07/22/2024
MM / DD / YYYY

X _____
Signature of individual signing on behalf of debtor

**EDUARDO E DIAZ**
Printed name

**MANAGER**
Position or relationship to debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE:  EYM PIZZA OF ILLINOIS, LLC                                CASE NO

                                                                 CHAPTER    11

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  07/22/2024                     Signature  _____
                                                *EDUARDO E DIAZ*
                                                *MANAGER*


Date  _____         Signature  _____

```
1700 Parkway Plaza, Inc.
707 Oak Mill
Attn: John Symeonides
Addison, IL 60101


236 Westgate, LLC
2052 W. Irving Park Road
Chicago, IL 60618


5836 Harlem LLC
1400 Brooke Dr
Downers Grove, IL 60440


A-1 Restaurant Equipment Services, Inc
7373 S 6th St
Oak Creek, WI 53154


A-1 SERVICES INC
7373 S 6TH ST
OAK CREEK, WI 53154


Ameren Illinois
PO BOX 88034
Chicago, IL 60680


Bartonville Square, LLC
28038 Dorothy Dr # 100
Agoura Hills, CA 91301


BL PLUMBING
2200 E War Memorial Drive
Peoria, IL 61614


Bourbonnais Shops, LLC.
410 Seventeenth Street
Suite 1705
Denver, Co 80202
```

Campustown, LLC
5001 North University Street
Peoria, IL 61614


CBRE, Inc (Allied DEVELOPMENT)
P.O. Box 220439
Great Neck, NY 11022


Chody Real Estate Corp.
401 N. Michigan Ave Suite 2400
Chicago, Il 60611


City of Bloomington
PO BOX 801214
Kansas City, MO 64180


City of Country Club Hills
4200 West 183rd Street
Country Club Hills, IL 60478


CM Group, LLC Series 511
16833 Sheridans Trl.
Orland Park, IL 60467


Comcast Business
P.O. Box 37601
Philadelphia, PA 19101


Crestwood Commons LLC
9440 Enterprise DrIve
Mokena, IL 60448


Diversified Mechanical Inc.
329 N. Western
Peoria, IL 61604

```
DLJ First Midwest Crossing, LLC
3494 Jeffco Blvd Arnold
Arnold, MI 63010




DoorDash Inc.
202 2nd St.
Suite Tower 800
San Francisco, CA 94107



Ecolab
P.O BOX 70343
Chicago, IL 60673




EP Downtown, LLC
420 N Main Street
East Peoria, IL 61611




Essintial Enterprise Solutions LLC
PO Box 4110
Department 5500;
Woburn, MA 01888



FAMILY VIDEO MOVIE CLUB, INC
1022 East Adams St.
Springfield, IL 62703




Flosscom Hickory LLC
PO BOX 190
Palos Park, IL 60464




Four Corners Operating Partnership, LP
591 Redwood Hwy
Ste 3215
Mill Valley, CA 94941



Gator Lockport, LLC
1595 NE 163rd St
North Miami Beach, FL 33162
```

```
Go Green Image Inc
385 S Lemon Avenue Suite E229
Walnut, CA 91789




Grand Boulevard Plaza LLC
200 N LaSalle St
Suite 2350
Chicago, IL 60601



Greater Peoria Sanitary District
2322 South Darst Street
Peoria, IL 61607




Grundy County Collector
111 E Washington St
Morris, IL 60450




Hauppauge Properties, LLC
Peoria Properties LLC
1975 Hempstead Tpke 309
East Meadows, NY 11554



Haynes & Boone, LLP
Attn: Deborah Coldwell
2801 N. Harwood Street
Suite 2300
Dallas, TX 75201

Illinois American Water
PO BOX 6029
Carol Stream, IL 60197



Internal Revenue Service
Special Procedures Staff
Mail Code 5020-DAL
1100 Commerce Street
Dallas, Texas 75242

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346
```

Irving Bar Living Trust
P.O. Box 4605
Chicago, IL -4605


Jasco Holdings, LLC
PO Box 3150
Lisle, IL 60532


Job 1 Fire Protection Inc.
Job 1 Fire Protection
13432 S Kolmar
Crestwood, IL 60445


Joseph and Son's Mechanical, Inc
PO Box 1416
Frankfort, IL 60423


Juan Mota
S Burley Ave
Chicago, IL 60633


KGKD Partners, LLC
1085 W. Kenilworth Ave
Palatine, IL 60067


Lill Family RE, LLC
2052 W Irving Park Rd
Chicago IL 60618


LinPa Properties, LLC
1034 Allaire Loop
The Villages, FL 32163


MANUFACTURERS BANK
100 SOUTH STATE COLLEGE BLVD.
BREA, CA 92821

```
Market Street Burlington, LLC
1911 Franklin Dr
Glenview, IL 60026




Markoff Law LLC
29 N Wacker Drive #1010
Chicago, IL 60606




Martin W. Mulcahey Trust
211 S. Hershey RD
Bloomington, IL NOIS;




Matter Family Partnership
5 Broadway Place
Normal, IL 61761




McLane
2085 Midway Rd
Carrolton, TX 75006




Mid America Asset Management Inc as rece
4925 Solutions Center Lockbox # 774925
Chicago, IL -4009




Midwest Refrigeration Corporation
1951 N. Woodlawn Avenue
Griffith, IN 46319




MIGUEL A CASTRO / KASTRO'S LANDSCAPING
3758 W 64th Street
Chicago, IL 60629




Milburn Barry, LLC
4925 Solutions Center Lockbox # 774925
Chicago, IL 60677
```

```
MJ1 Realty LLC
3 Battista Ct.
Sayreville, NJ 08872



Morton Plaza, LLC
202 Caranetta Dr
Lakewood, NJ 08701



Nicor Gas
PO Box 5407
Carol Stream, IL 60197



Parkway Bank & Trust
701 E. 22nd ST. Suite 430
Lombard, IL 60148



Peak Properties
2815 W. Roscoe St.
Chicago, IL 60618



Pepsi
P 0. BOX 75948
CHICAGO, IL 60675



Pizza Hut, LLC
7100 Corporate Drive
Plano, Texas  75024



Prospect Crossing
3722 North Prospect Road
Peoria, IL 61614



Robert and Wendy Jo Martin
18206 Quiver Beach Road
Havana, IL 62644
```

```
RSCS Parts Connection
27787 Network Place
Chicago, IL 60673




RSCS Smallwares Connection
PO Box 933469
Cleveland, OH 44193




RTT Properties, LLC
931 Lusted Lane
Batavia, IL 6051




S Rhodes Contracting Service LLC
PO BOX 503
Washington, Il 61571




Skendershu, LLC
13820 Skender Ct.
Homer Glen, IL 60491




SMBC Manubank
515 South Figueroa St.
Los Angeles, CA 90071




Snell & Wilmer
Attn: Todd Jones
One East Washington Street
Phoenix, AZ 85004




Sta-Kleen, Inc
803 W. Estes Ave
Schaumburg, IL 60193




THE CONSTRUCTION AND DESIGN GROUP INC.
2212 Lathrop Ave
North RIverside, IL 60546
```

```
Truck N' Trailer Landscaping
429 Emmett St
Kinsman, IL 60437




United States Attorney's Office
110 North College Avenue, Suite 700
Tyler, Texas 75702-0204




United States Trustee's Office
110 North College Avenue, Suite 300
Tyler, Texas 75702-7231




Verifone
PO Box 854060
Minneapolis, MN 55485




Verros Berkshire, PC
1S660 Midwest Road
Suite 300
Oakbrook Terrace, IL 60181


Village of Crete
524 W Exchange ST PO Box 337
Crete, IL 60417




Washington Commons Morton Grove, Inc
7063 W. Belmont Ave.
Chicago, IL 60634




Young America Realty, Inc
311 South Main
Normal, IL 61761
```